# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 13-60088 |
| Donald William Gordon | : | |
| Melissa Anne Gordon | : | Chapter 13 |
| | : | Judge Hoffman |
| Debtors | : | |

### NOTICE OF FILING OF CHANGE OF ADDRESS

Now come the Debtors, Donald and Melissa Gordon, through counsel, who respectfully notifies the Court that they have both moved and that each new address is as follows:

Donald Gordon
442 S.Chilicothe Ave, Apt. A
Plain City OH 43064

Melissa Gordon
19 Graham Ave.
London OH 43140

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2015 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**